## WILLIAM SMITH *v.* COMMISSIONER OF CORRECTION

The petitioner William Smith's petition for certification for appeal from the Appellate Court (AC 32884) is denied.

*William Smith,* pro se, in support of the petition.

*Susann E. Gill,* senior assistant state's attorney, in opposition.

Decided November 17, 2011

## STATE OF CONNECTICUT *v.* EMANUEL LOVELL WEBB

The defendant's petition for certification for appeal from the Appellate Court, 128 Conn. App. 846 (AC 31710), is denied.

HARPER, J., did not participate in the consideration of or decision on this petition.

*Neal Cone,* senior assistant public defender, in support of the petition.

*Adam E. Mattei,* special deputy assistant state's attorney, in opposition.

Decided December 1, 2011